IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-60919
Summary Calendar

JUAN ENRIQUEZ-RAMOS

Petitioner

v.

MICHAEL B MUKASEY, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A99 095 683

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Juan Enriquez-Ramos, a native and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals (BIA) affirming the Immigration Judge's denial of his application for cancellation of removal under 8 U.S.C. § 1229b. Because cancellation of removal is governed by § 1229b, the jurisdictional bar of 8 U.S.C. § 1252(a)(2)(B)(i) applies in the instant case.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This court lacks jurisdiction to review the Attorney General's discretionary decision regarding cancellation of removal, see Rueda v. Ashcroft, 380 F.3d 831, 831 (5th Cir. 2004), unless the appeal involves constitutional claims or questions of law. See § 1229b(b); § 1252(a)(2)(B)(i). Despite his contentions to the contrary, Enriquez-Ramos's appeal does not involve a constitutional claim or a question of law. Therefore, this court does not have jurisdiction to review this claim. See Sung v. Keisler, 505 F.3d 372, 377 (5th Cir. 2007).

Accordingly, the petition for review is DISMISSED for lack of jurisdiction.